UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

TOMAS MARTINEZ, KEVIN CAYES,
ERLIN VARGAS, AND GONZALO PICHON

       Plaintiffs,

      v.                                                      Case No. 09-CV-00294

SA-BAI THONG, LLC, AND
AROM WICHITCHU

       Defendants.

## ORDER APPROVING SETTLEMENT AND
## DISMISSING ACTION WITH PREJUDICE

Based upon the Joint Motion for Court Approval of Settlement and Stipulation for Dismissal with Prejudice filed by the Parties on November 11, 2009, the Court having reviewed the terms of the Settlement Agreement and Release, it is ORDERED AND ADJUDGED that the Settlement is hereby APPROVED and this action is DISMISSED with prejudice and without further costs to either party.

Dated at Madison, Wisconsin, this 13th day of November, 2009

                                              BY THE COURT:

                                              /s/
                                              Barbara B. Crabb
                                              District Judge